| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
May 24, 2016
David J. Bradley, Clerk

Miriam Maina, §
§
Plaintiff, §
§
versus §  Civil Action H-16-715
§
Primerica Life Insurance Company, §
§
Defendant. §

## Conditional Dismissal

1. Having been advised that a settlement has been reached, this case is dismissed with prejudice except that the parties may move for reinstatement by June 24, 2016.

2. This court retains jurisdiction to enforce the settlement.

Signed on May 24, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge